IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMIN SHABAZZ )
) No. 3-09-0418
v. )
)
CINRAM DISTRIBUTION, LLC )

O R D E R

By order entered November 30, 2009 (Docket Entry No. 18), certain scheduling deadlines were extended, including the dispositive motion filing deadline, which was extended to April 15, 2010.

No dispositive motion has been filed in this case.

Therefore, counsel for the parties shall convene a telephone conference call with the undersigned on **Thursday, April 29, 2010, at 2:00 p.m.,** to be initiated by defendant's counsel, to address the status of the case, the potential for settlement, propriety of ADR, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge